**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


**KIMBERLY INZER**                                              **PLAINTIFF**


**VS.**                       **CASE NO. 3:09CV00082 HDY**


**MICHAEL ASTRUE, Commissioner,
    Social Security Administration**                  **DEFENDANT**


**ORDER**


The plaintiff's motion for extension of time (docket entry no. 11) is granted, and she is

directed to submit her appeal brief on or before October 19, 2009.

IT IS SO ORDERED this ___15___ day of September, 2009.


_____
UNITED STATES MAGISTRATE JUDGE